UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

12 MISC 0075

In the Matter of the Application of

Oleg Vladimirovich Deripaska, for an order, pursuant to 28 U.S.C. § 1782, to obtain discovery from Arik Kislin for use in an action pending in the High Court of Justice, Queen's Bench Division, Commercial Court, styled *Michael Cherney v. Oleg Vladimirovich Deripaska.*

Misc. No. _____

**[PROPOSED] ORDER TO SHOW CAUSE**

3/7/2012

Upon the Declaration of Judd R. Spray, sworn to on March 7, 2012, and upon the accompanying Memorandum of Law, it is ORDERED, that Arik Kislin show cause before this Court, at Room 21B, United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on March 13, 2012, at 10:00 o'clock in the ~~fore~~ noon thereof, or as soon thereafter as counsel may be heard, why an order should not issue pursuant to 28 U.S.C. § 1782 directing Mr. Kislin to produce documents pursuant to service of the Subpoena herein; and it is further

ORDERED that a copy of this Order To Show Cause, together with the papers upon which it is granted and the Subpoena herein, be personally served upon Arik Kislin and London counsel for Michael Cherney on or before March 8, 2012, by 5:00 o'clock in the afternoon thereof and that such service be deemed good and sufficient; and it is further

ORDERED that papers in opposition to the Application, if any, shall be served by hand, facsimile, or e-mail upon Mr. Deripaska's counsel, Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York, 10010, on or before March 12, 2012, at 5:00 o'clock in the afternoon thereof.

So ordered.

*[signature]*
Part I
March 7, 2012

Dated: New York, New York
       March 7, 2012

_____
United States District Judge